UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA         :   INDICTMENT

     -v.-                        :   07 Cr.

JASON JAMES,
    a/k/a "Kirk Jones,"
    a/k/a "Bernard Hendricks,"

                    Defendant.

- - - - - - - - - - - - - - - - x

**07 CRIM 1165**

COUNT ONE

The Grand Jury charges:

From on or about, September 15, 2007, through on or about September 16, 2007, in the Southern District of New York and elsewhere, JASON JAMES, a/k/a "Kirk Jones," a/k/a "Bernard Hendricks," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, or was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about August 16, 2004, in New York Supreme Court, Kings County, for Attempted Robbery in the Second Degree, in violation of New York Penal Law 110/160.10(1), a Class D Felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____          _____
FOREPERSON                       MICHAEL J. GARCIA
                                United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON JAMES,
a/k/a "Kirk Jones,"
a/k/a "Bernard Hendricks,"

Defendant.

### INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

Post IHH 87
12/17/07
Filed Ind.
Ellis, J