ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA             :     A F F I R M A T I O N

            -v.-                  :     07 Cr. 1165 (BSJ)

JASON JAMES,                         :
    a/k/a "Bernard Hendricks,"
    a/k/a "Kirk Jones,"             :

               Defendant.     :

- - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

       NATALIE LAMARQUE, being duly sworn, deposes and says that she is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that she is in charge of the above-entitled matter; that one JASON JAMES, a/k/a "Kirk Jones," a/k/a "Bernard Hendricks," (NYSID # NY9004412Q, D.O.B. 4/14/76), the defendant, now incarcerated at Rockland County Jail, 53 New Hempstead Road, New City, New York 10956, is the subject of an arrest warrant in connection with charges, including illegal re-entry, in violation of Title 8 U.S.C. §§ 1326(a) and (b)(2), as set forth in <u>United States v. JASON JAMES, a/k/a "Kirk Jones," a/k/a "Bernard Hendricks,"</u> 07 Cr. 1165 (BSJ).

       By this application, the Government seeks a writ of <u>habeas corpus ad prosequendum</u>, so that JASON JAMES, a/k/a "Kirk Jones," a/k/a "Bernard Hendricks," can be brought before this Court to be available for prosecution in the above captioned matter, <u>United States v. JASON JAMES, a/k/a "Kirk Jones," a/k/a</u>

"Bernard Hendricks," 07 Cr. 1165 (BSJ). No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully prays that a writ of <u>habeas corpus ad prosequendum</u> issue, directing the Warden of the Rockland County Jail, 53 New Hempstead Road, New City, New York 10956, the United States Marshal for the Southern District of New York, or any other authorized law enforcement officers, to produce the above-named defendant to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, as soon as the defendant is available and no later than on or about February 3, 2008, and to appear as necessary thereafter in that case until JASON JAMES, a/k/a "Kirk Jones," a/k/a "Bernard Hendricks," shall have been discharged or convicted and sentenced.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

_____
NATALIE LAMARQUE
Assistant United States Attorney
(212) 637-2206

Dated:   January 25, 2008
         New York, New York

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON JAMES,
a/k/a "Kirk Jones,"
a/k/a "Bernard Hendricks,"

Defendant.

**AFFIRMATION**

07 Cr. 1165 (BSJ)

(Title 8 U.S.C. §§ 1326(a) and (b)(2).)

Michael J. Garcia
United States Attorney.