# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

March 23, 2008

<u>Via Facsimile</u>
212 805 6151
Hon. Barbara Jones
United States District Court
 for the Southern District Of New York
500 Pearl Street
New York, N.Y. 10007

> USDC SDNY
> DOCUMENT
> [illegible]
> DATE [illegible] 3/25/08 [initials]

Re:   <u>United States v. Jason James</u>
         07-Cr. 1165 (BSJ)

Hon. Judge Jones:

I am writing to inform the Court that Mr. James intends to enter a guilty plea to the indictment that charges him with illegal re-entry. I have informed the government of Mr. James' intentions and with the permission of this court the parties will go forward before the Magistrate Judge on Thursday, March 28, 2008.

Both parties are ready to proceed with a guilty plea. The government through AUSA Lamarque has provided us with a Pimental letter that suggests a guidelines range of 24 to 36 months. As Mr. James has been incarcerated for seven months and the records seem to indicate that he was being held only an ICE warrant, I ask the Court to order an expedited pre-sentence report. Other factors that militate towards expedited sentencing are Mr. James' medical issues and the possibility that the Court may after considering all of the 18 U.S.C. section 3553(a) factors, impose a sentence of a year and a day.

Respectfully submitted,

[signature]

Sabrina P. Shroff

cc: AUSA Lamarque

*[Handwritten note:]* Application is granted. Sentencing will be held on May 22, 2008 at 2PM. So ordered. Barbara S. Jones USDJ  3/25/08