PRO SE OFFICE .09

U.S. DISTRICT COURT
FILED
JUN 0 3 2008
S. D. OF N.Y.

R          D
BARBARA S. JONES
U.S.D.J.

## NOTICE OF APPEAL

JASON JAMES #60806-054
METROPOLITIAN DETENTION CENTER
P.O. Box 329002
BROOKLYN NEW YORK 11232

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          CASE # 07 CR1165
          PLAINTIFF                         (BSJ)

          VS

     JASON JAMES

COMES NOW THE DEFENDANT, JASON JAMES,
PRO SE, AND HEREBY GIVES NOTICE OF APPEAL FROM
THE JUDGMENT AND SENTENCE IMPOSED BY THIS
COURT ON MAY 23, 2008.

     RESPECTULLY SUBMITTED THIS 29 day OF MAY 200

                              J. J
                              JASON JAMES